UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN RE
MANUEL FRANCO
AND
LETICIA FRANCO
    Debtors                                   NO.10-30975

## MOTION TO DISMISS CHAPTER 13 CASE

Pursuant to the provisions of Section 1307(b) of the Bankruptcy Code, the debtors request dismissal of the above captioned and numbered cause and aver as follows:

1. This case, commenced on May 9, 2010, is a case filed under Chapter 13 of the Bankruptcy Code.

2. This case has not been converted under Sections 706, 1112, or 1208 of the Bankruptcy Code.

WHEREFORE, the debtors request a court order dismissing this case without prejudice.

Respectfully submitted,

_____
Salvador C. Ramirez
Attorney for the debtors
5959 Gateway West Suite 439
El Paso, Texas 79925
Tel. (915) 771-8525
Fax (915) 771-8741

CERTIFICATE OF SERVICE

I certify that on the 24th day of may, 2010, a true and correct copy of the foregoing was mailed to:

Stuart C. Cox
Chapter 13 Trustee
1760 N. Lee Trevino
El Paso, Texas 79936

Manuel and Leticia Franco
12360 Tellurite
El Paso, Texas 79836

All creditors listed on
attached matrix

_____
Salvador C. Ramirez

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0542-3<br>Case 10-30975-lmc<br>Western District of Texas<br>El Paso<br>Mon May 24 11:34:01 CDT 2010 | U.S. BANKRUPTCY COURT<br>P.O. BOX 971040<br>EL PASO, TX 79997-1040 | American Infosource Lp As Agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 |
| Chase Bank USA<br>800 Brooksedge Blvd.<br>Westerville, OH 43081-2822 | Chevron<br>1612 Northeast Expressway<br>Atlanta, GA 30329-2003 | Citifinancial/New Deal Furniture<br>PO Box 22060<br>Tempe, AZ 85285-2060 |
| City of El Paso<br>c/o Don Stecker<br>711 Navarro, Suite 300<br>San Antonio, TX 78205-1749 | Credit Management Central<br>2707 Rapids Ct<br>Monterey, CA 93940 | GECU<br>P.O. Box 20998<br>El Paso, TX 79998-0998 |
| HSBC Retail Services<br>PO Box 5244<br>Carol Stream, IL 60197-5244 | Home Depot<br>PO Box 1619<br>Philadelphia, PA 19105-1619 | Jose & Maricela Salayandia<br>512 Olano<br>El Paso, TX 79927-1834 |
| Midland Credit Management, Inc.<br>8875 Aero Drive, Suite 200<br>San Diego, CA 92123-2255 | Oscar & Martha Dominguez<br>PO Box 5<br>Clint, TX 79836-0005 | Sears<br>701 East 60th St. N<br>Sioux Falls, SD 57104-0432 |
| Sprint<br>6330 Gulfton<br>Houston, TX 77081-1108 | Tax Assessor Collector<br>2 Civic Center Plaza #123<br>El Paso, TX 79901-1153 | United States Trustee - EP12<br>U.S. Trustee's Office<br>615 E. Houston, Suite 533<br>P.O. Box 1539<br>San Antonio, TX 78295-1539 |
| Wells Fargo Bank, N.A.<br>c/o Wells Fargo Card Services<br>Recovery Department<br>P.O. Box 9210<br>Des Moines, IA 50306-9210 | Wells Fargo Card Services<br>PO Box 5445<br>Portland, OR 97228-5445 | Leticia Franco<br>P.O. Box 1165<br>Clint, TX 79836-1165 |
| Manuel Franco<br>P.O. Box 1165<br>Clint, TX 79836-1165 | Salvador C. Ramirez<br>Salvador C. Ramirez & Associates<br>5959 Gateway West #439<br>El Paso, TX 79925-3318 | Stuart C. Cox<br>1760 N. Lee Trevino Dr.<br>El Paso, TX 79936-4565 |

End of Label Matrix
Mailable recipients    23
Bypassed recipients     0
Total                  23